### JOHN CHADWICK VS. CHRISTOPHER CLARK, 1751

COLONY OF RHODE ISLAND ETC. At a Court of Vice Admiralty Held at Newport, in the Colony afores^d on Tuesday the Thirteenth of August A. D. 1751

Present the Honble Sam^ll Wickham Esq^r Deputy Judge

The Court being opened.